**No. 10-224. National Meat Association, Petitioner v. Kamala D. Harris, Attorney General of California, et al.**

565 U.S. 972, 132 S. Ct. 474, 181 L. Ed. 2d 309, 2011 U.S. LEXIS 7599.

October 28, 2011. Motion of the Solicitor General for leave to participate in oral

argument as amicus curiae and for divided argument granted. Motion of respondents The Humane Society of the United States, et al. for divided argument denied.